IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STEPHEN F. BREWERTON, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:06-CV-233 |
| | § | |
| JUDGE CAROLE CLARK and | § | |
| MARY STRAND, OFFICIAL | § | |
| CAPACITY DEFENDANTS | § | |
| | § | |
| Defendant. | § | |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration (Doc. No. 25). Plaintiff has filed objections (Doc. No. 27) to the Report and Recommendations; however the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is ORDERED that Defendant Judge Carole Clark's Motion to Dismiss (Doc. No. 11) and Defendant Mary Strand's Motion to Dismiss (Doc. No. 9) are GRANTED.

**SIGNED this 6th day of September, 2006.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE